Matter of Kazlow (2023 NY Slip Op 03973)

Matter of Kazlow

2023 NY Slip Op 03973

Decided on July 27, 2023

Appellate Division, First Department

PER CURIAM 

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 27, 2023
SUPREME COURT, APPELLATE DIVISION
First Judicial Department

Present — Hon. Barbara R. Kapnick
Justice Presiding
Ellen Gesmer Tanya R. Kennedy Saliann Scarpulla Julio Rodriguez III
Justices.

Motion No. 2023-01879 Case No. 2021-01991 

[*1]In the Matter of Gene Roy Kazlow, An Attorney And Counselor-at-Law: Attorney Grievance Committee for the First Judicial Department, Petitioner, Gene Roy Kazlow (OCA Atty. Reg. No. 2088847.), Respondent.

Disciplinary proceedings instituted by the Attorney Grievance Committee for the First Judicial Department. Respondent, Gene Roy Kazlow, was admitted to the Bar of the State of New York at a Term of the Appellate Division of the Supreme Court for the Second Judicial Department on December 22, 1961.

Jorge Dopico, Chief Attorney,
Attorney Grievance Committee, New York
(Vitaly Lipkansky, of counsel), for petitioner.
J. Richard Supple, Jr. for respondent.

PER CURIAM 

Respondent Gene Roy Kazlow was admitted to the practice of law in the State of New York by the Second Judicial Department on December 22, 1961, under the name Gene Roy Kazlow. At all times relevant to this proceeding, respondent maintained an office for the practice of law within the First Judicial Department.
Respondent seeks an order, pursuant to the Rules for Attorney Disciplinary Matters (22 NYCRR) § 1240.10, accepting his resignation as an attorney and counselor-at-law licensed to practice in the State of New York. The Attorney Grievance C0mmittee (AGC), in response to the motion, asserts respondent's application is in full compliance with 22 NYCRR 1240.10 and that it does not oppose the motion.
Respondent's affidavit in support of resignation, sworn to on April 24, 2023, conforms to the format set forth in Appendix A to 22 NYCRR 1240.10. He attests that he is not admitted to practice in any other court or jurisdictions. Respondent acknowledges that he is currently the subject of an investigation conducted by the AGC involving allegations that he committed certain acts of professional misconduct. He acknowledges that the allegations include at least the following acts of professional misconduct: that he willfully misappropriated escrow funds in two separate client matters. In one matter he is alleged to have misappropriated $300,000 from The Debt Masters, Inc. and in the other matter he is alleged to have misappropriated $44,633.29 from another unspecified client.
Respondent avers he paid back the full amount of the misappropriated sum of $44,633.29 from the affected escrow account. As to the $300,000 misappropriated sum, respondent avers he has repaid $175,000 to The Debt Masters, Inc. and intends to repay the remaining balance of $125,000 by the return date of this motion. Respondent promises to advise the Court and AGC when the payment is made. To date, this Court has not received an update from the respondent.
Respondent further attests that he cannot successfully defend against the allegations under investigation, and that he "sincerely regret[s] [his] actions," noting he otherwise has a 60-year unblemished disciplinary record. Respondent acknowledges that his resignation is freely and voluntarily rendered, without coercion or duress, and with full awareness of the consequences, including that the Court's acceptance and approval will result in entry of an order of disbarment [*2]striking his name from the roll of attorneys and counselors-at-law.
Further, respondent consents to the entry of an order by the Court, pursuant to Judiciary Law § 90(6-a), directing him to make restitution to The Debt Masters, Inc. in the amount of $125,000. Also, he acknowledges that his resignation is submitted subject to any future application which may be made by a Committee of any Department of the Appellate Division for an order, pursuant to Judiciary Law § 90(6-a), directing him to make restitution or reimburse the Lawyers' Fund for Client Protection, and he consents to the continuing jurisdiction of the Appellate Division to make that order.
Additionally, respondent acknowledges and agrees that pending issuance of an order accepting his resignation, he shall not undertake to represent any new clients or accept retainers for future legal services to be rendered and that there will be no transactional activity in any fiduciary account to which he has access, other than for payment of funds on behalf of clients or others entitled to receive them; and that he understands that in the event this Court accepts his resignation, the order resulting from this application and the records and documents filed, including his affidavit, shall be deemed public records pursuant to Judiciary Law § 90(10).
As respondent's affidavit of resignation fully conforms with 22 NYCRR 1240.10, this Court grants respondent's motion, accepts his resignation and, pursuant to Judiciary Law § 90(6-a), directs him to make restitution as agreed (see e.g. Matter of Roesser, 186 AD3d 6, 8 [1st Dept 2020]; Matter of Shasanmi, 167 AD3d 85, 87 [1st Dept 2018]; Matter of Johnson, 125 AD3d 123, 124-125 [1st Dept 2015]).
Accordingly, the motion should be granted, respondent's resignation accepted, and respondent's name is stricken from the roll of attorneys and counselors-at-law in the State of New York, effective nunc pro tunc to April 24, 2023, the date of his affidavit, and respondent is directed to make restitution to The Debt Masters, Inc. in the amount of $125,000 (Judiciary Law § 90[6-a]).
All concur.
It is Ordered that the application of respondent, Gene Roy Kazlow, to resign as an attorney and counselor-at-law pursuant to 22 NYCRR 1240.10 is granted, and respondent Gene Roy Kazlow is disbarred and his name is stricken from the roll of attorneys and counselors-at-law in the State of New York, effective nunc pro tunc to April 24, 2023, and
It is further Ordered that respondent Gene Roy Kazlow is directed to make monetary restitution to The Debt Masters, Inc. in the amount of $125,000 (Judiciary Law § 90[6-a]), and
It is further Ordered that pursuant to Judiciary Law § 90, effective immediately, respondent Gene Roy Kazlow is: (1) commanded to desist and refrain from the practice of law in any form, either as principal or agent, clerk or employee of another, or from holding herself out in any way as an attorney and counselor-at-law; (2) forbidden [*3]to appear as an attorney or counselor-at-law before any court, judge, justice, board or commission or other public authority; and (3) forbidden to give another an opinion as to the law or its application or advice in relation thereto, and
It is further Ordered that respondent Gene Roy Kazlow is directed to fully comply with the rules governing the conduct of disbarred or suspended attorneys (see 22 NYCRR 1240.15), which are made a part hereof, and
It is further Ordered that if respondent Gene Roy Kazlow has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency.
Entered: July 27, 2023